McGREGOR W. SCOTT
United States Attorney
CAMERON L DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JAN 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY MEY,,<br><br>Defendant. | CASE NO. 2:19-CR-0015 TLN<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney CAMERON L. DESMOND to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

Dated: 1-17-2019

_____
EDMUND F. BRENNAN
United States Magistrate Judge

TYPE PLEADING NAME

i