Candice L. Fields - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel:  (916)414-8050
Fax:  (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
DANNY MEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO.   2:19-CR-00015-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE:   September 19, 2019 |
| DANNY MEY | TIME:    9:30 a.m. |
| Defendant. | JUDGE:   Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney CAMERON DESMOND, and CANDICE L. FIELDS, attorney for DANNY MEY, that the status conference currently set for September 19, 2019, be vacated and continued to November 7, 2019, at 9:30 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, September 19, 2019, through November 7, 2019, should be excluded from the time calculations under the Speedy Trial Act.  18 U.S.C. § 3161.

The government has recently produced 104 pages of discovery plus videos (made available for review) in this case. Defense counsel requires additional time to review the discovery and conduct further investigation.  The parties therefore stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

-1-

1 | the defendants may have reasonable time necessary for effective preparation, taking
2 | into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)
3 | [reasonable time to prepare] and Local Code T-4.

For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation September 19, 2019, to November 7, 2019, under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Respectfully submitted,

Dated: September 12, 2019  McGREGOR W. SCOTT
United States Attorney

*/s/ Candice L. Fields for*
CAMERON DESMOND
Assistant United States Attorney

Dated: September 12, 2019  */s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for DANNY MEY

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for September 19, 2018, at 9:30 a.m., be vacated and continued to November 7, 2019, at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though November 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the

ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 13, 2019

Troy L. Nunley
United States District Judge