Candice L. Fields - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
DANNY MEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY MEY<br><br>Defendant. | NO. 2:19-CR-00015-TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE: November 7, 2019<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney CAMERON DESMOND, and CANDICE L. FIELDS, attorney for DANNY MEY, that:

1. By previous order, this matter was set for a status conference on November 7, 2019, before Judge Troy L. Nunley.

2. By this stipulation, defendant Mey now moves to continue the status conference until January 9, 2020, at 9:30 a.m., before Judge Troy L. Nunley, and to exclude time between November 7, 2019, and January 9, 2020, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request that the Court find the following:

1. a) The government has produced approximately 104 pages of discovery, and has made videotaped discovery available to counsel for review.

b) Counsel for defendant desires additional time to review the discovery, consult with her client, and conduct additional legal and factual research regarding the charges in this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 7, 2019 to January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

Respectfully submitted,

Dated: November 4, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Candice L. Fields for*
CAMERON DESMOND
Assistant United States Attorney

Dated: November 4, 2019       */s/ Candice L. Fields*
                              CANDICE L. FIELDS
                              Attorney for DANNY MEY

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for November 7, 2019, at 9:30 a.m., be vacated and continued to January 9, 2020, at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 11, 2019

Troy L. Nunley
United States District Judge